UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:14-CV-0216 KJM CKD |
| Plaintiff, | |
| v. | ORDER |
| BRYANT H. LAFERRIERE, in his individual and representative capacity as Trustee - - Laferriere Bryant & Lanay Trust, et al., | |
| Defendants. | |

On June 25, 2014 this matter was referred to the court's Voluntary Dispute Resolution Panel (VDRP) for the convening of a VDRP session within sixty days. On June 26, 2014, the VDRP administrator Sujean Park notified the court she would not be able to assign a neutral in time to comply with the court's time frame.

Due to the unavailability of a VDRP panelist, this case is referred to another judge of this court. Magistrate Judge Gregory G. Hollows has been randomly selected. A settlement conference is scheduled before Judge Hollows for September 3, 2014 at 9:00 a.m. in Courtroom No. 9, 13th Floor.

The parties are directed to submit their confidential settlement conference statements to the court using the following email address: gghorders@caed.uscourts.gov. Statements are due at

1

least 7 days prior to the Settlement Conference.  Each party is reminded of the requirement that it be represented in person at the settlement conference by a person able to dispose of the case or fully authorized to settle the matter at the settlement conference on any terms.  See Local Rule 270.

DATED: July 2, 2014.

_____
UNITED STATES DISTRICT JUDGE